# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131890

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

WILLIE MERRIWEATHER, a/k/a
WILLIAM MERRIWEATHER
     Defendant-Appellant.

SC: 131890
COA: 269679
Wayne CC: 87-002623

_____/

     On order of the Court, the application for leave to appeal the April 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

d1120